UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KENNETH SCOTT, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-03089-JPH-TAB |
| | ) | |
| CURRY Officer of I.M.P.D., | ) | |
| COST Officer of I.M.P.D., | ) | |
| MICHAEL STUMP Officer of I.M.P.D., | ) | |
| MCCOLINTHAN Officer of I.M.P.D., | ) | |
| THOMAS BEARD Officer of I.M.P.D., | ) | |
| NUTTER Officer of I.M.P.D., | ) | |
| DANELS Officer of I.M.P.D., | ) | |
| MARION COUNTY SHERIFF'S | ) | |
| DEPARTMENT, | ) | |
| CLARK COUNTY SHERIFF'S | ) | |
| DEPARTMENT, | ) | |
| INDIANAPOLIS PROSECUTOR'S OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On January 22, 2021, the Court issued an order that:

- Dismissed Plaintiffs Kenneth Lamar Scott, Jr. and Juan Charles Levon Scott because they did not sign the complaint or respond to the Court's order requiring them to inform the Court if they wished to maintain this case.  Dkt. 11 (citing dkt. 8).

- Required Plaintiff Kenneth Scott III to provide the institution trust account statement for the six-month period preceding the filing of his complaint on November 27, 2020.  *Id.* at 2 (citing dkt. 8; dkt. 9; 28 U.S.C. § 1915(a)(2)).

1

- Required Mr. Scott to file an amended complaint that complies with Federal Rule of Civil Procedure 8 by "clearly specify[ing] the defendants against whom claims are raised; explain[ing] what those defendants did, and when; and explain[ing] what the plaintiff is seeking." *Id.* at 2.

Mr. Scott has filed a single page labeled "Inmate Account Summary," but it does not list the dates that it covers. Dkt. 12. It also does not list any transactions, deposits, or balances, but has only a large handwritten "0" with no indication who wrote it or what it represents. **By March 11, 2021**, Mr. Scott **SHALL FILE** the required institution trust account statement for the six-month period preceding the filing of his complaint on November 27, 2020. If he is unable to obtain it by that date, he **SHALL FILE** a sworn affidavit explaining the efforts he has made to obtain it and why they have been unsuccessful.

Mr. Scott has also filed a document labeled "Obstruction of Justice" that has been docketed as an amended complaint. Dkt. 13. This document lists five plaintiffs but is signed only by Mr. Scott. *See id.* As the Court previously explained, "unless Plaintiffs are attorneys, one Plaintiff cannot speak for the others." Dkt. 8 at 2 (citing *In re IFC Credit Corp.*, 663 F.3d 315, 318 (7th Cir. 2011)). Moreover, the document lists more than ten defendants but does not allege which defendants are responsible for which allegations. Dkt. 13. Mr. Scott's filing at docket 13 is therefore **STRICKEN** for failure to comply with the Court's orders.

**By March 11, 2021**, Mr. Scott **SHALL FILE** an amended complaint that complies with Federal Rule of Civil Procedure 8 by clearly specifying the defendants against whom claims are raised; explaining what each defendant did, and when; and explaining what the plaintiff is seeking.  Mr. Scott **MAY NOT** file a complaint on behalf of other plaintiffs; they may file their own complaints.  *See* dkt. 8.

If Mr. Scott does not comply with this order by March 11, 2021, this action will be dismissed with prejudice for failure to follow the Court's orders. The **clerk shall include** a blank complaint form with Mr. Scott's copy of this order.

**SO ORDERED.**

Date: 2/19/2021

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

KENNETH SCOTT, III
482209
MARION COUNTY JAIL
MARION COUNTY JAIL
Inmate Mail/Parcels
40 South Alabama Street
Indianapolis, IN 46204