UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| KENNETH SCOTT, III, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-03089-JPH-TAB |
| | ) | |
| CURRY Officer of I.M.P.D., | ) | |
| COST Officer of I.M.P.D., | ) | |
| MICHAEL STUMP Officer of I.M.P.D., | ) | |
| MCCOLINTHAN Officer of I.M.P.D., | ) | |
| THOMAS BEARD Officer of I.M.P.D., | ) | |
| NUTTER Officer of I.M.P.D., | ) | |
| DANELS Officer of I.M.P.D., | ) | |
| MARION COUNTY SHERIFF'S | ) | |
| DEPARTMENT, | ) | |
| CLARK COUNTY SHERIFF'S | ) | |
| DEPARTMENT, | ) | |
| INDIANAPOLIS PROSECUTOR'S OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER DISMISSING CASE**

Mr. Scott brought this action on November 27, 2020. Dkt. 1. On

January 22, 2021, the Court issued an order that:

- Dismissed Plaintiffs Kenneth Lamar Scott, Jr. and Juan Charles

   Levon Scott because they did not sign the complaint or respond to

   the Court's order requiring them to inform the Court if they wished

   to maintain this case. Dkt. 11 (citing dkt. 8).

- Required Plaintiff Kenneth Scott III to provide the institution trust

   account statement for the six-month period preceding the filing of

1

his complaint on November 27, 2020.  *Id.* at 2 (citing dkt. 8; dkt. 9;
28 U.S.C. § 1915(a)(2)).

- Required Mr. Scott to file an amended complaint that complies
  with Federal Rule of Civil Procedure 8 by "clearly specify[ing] the
  defendants against whom claims are raised; explain[ing] what
  those defendants did, and when; and explain[ing] what the plaintiff
  is seeking."  *Id.* at 2.

Mr. Scott responded by filing a single page labeled "Inmate Account
Summary," but it did not list the dates that it covered or any transactions,
deposits, or balances.  Dkt. 12.  He also filed a document labeled "Obstruction
of Justice" that was docketed as an amended complaint but did not comply
with the Court's orders or with Federal Rule of Civil Procedure 8.  Dkt. 13
(stricken by dkt. 14).

On February 19, 2021, the Court noted those deficiencies and ordered
Mr. Scott to file the required institution trust account statement and an
amended complaint that complies with Federal Rule of Civil Procedure 8.  Dkt.
14.  That order warned Mr. Scott that if he did not comply by March 11, 2021,
"this action will be dismissed with prejudice for failure to follow the Court's
orders."  *Id.* at 3.  Mr. Scott has not responded.  This case is therefore
**DISMISSED with prejudice** as to Mr. Scott.  All pending motions **are DENIED
as moot**.  Final judgment shall issue by separate entry.

**SO ORDERED.**

Date: 3/19/2021

*James Patrick Hanlon*

James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

KENNETH SCOTT, III
482209
MARION COUNTY JAIL
MARION COUNTY JAIL
Inmate Mail/Parcels
40 South Alabama Street
Indianapolis, IN 46204

3